Dorothy Witherspoon, Appellant, v. Central Greyhound Lines, Inc., Appellee.

Gen. No. 43,261.

Heard in the first division, first district, this court at the December term, 1944; opinion filed March 26, 1945; released for publication April 11, 1945. Joseph D. Ryan and Louis P. Miller, for appellant; Ryan, Condon & Livingston, for appellee; John M. Tuohy, of counsel. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full.